**IN THE CIRCUIT COURT FOR COCKE COUNTY, TENNESSEE**

JAMIE CARD §
114 MOUNTAIN SHADOW WAY §
COSBY, TN 37722 §
§
Plaintiff, §
§
vs. § Docket No. 37279-V
§
WAL-MART STORES, INC. # 678 § **NON-JURY**
C/O CT CORPRATION SYSTEM, §
REGISTERED AGENT §
800 GAY STREET, SUITE 2021 §
KNOXVILLE, TN 37929-9710 §
§
Defendant. §

COCKE COUNTY CIRCUIT COURT
FILED MC
FEB 06 2025
at 11:47 Am / Pm
Kristy L. Nease, Clerk

**COMPLAINT**

Plaintiff sues the Defendant and for cause of action avers:

1. The identities and of the parties are as stated in the above caption. This lawsuit arises as a result of an incident that occurred in Newport, Cocke County, Tennessee on March 5, 2024.

2. On that date Jamie Card was shopping at Walmart Supercenter in Newport, Tennessee. While walking down an aisle, Plaintiff slipped and fell due to a wet substance on the floor that was spilling from a floor cleaning machine. It is averred that there was no fault on the part of the Plaintiff.

3. It is averred that an agent or employee of the Defendant was negligent in that the agent or employee knew or reasonably should have know that invitees used the area and that such carelessness and inattention to the care and maintenance of the area and/or cleaning machine could foreseeably cause or contribute to the fall of anyone walking in that aisle.

EXHIBIT
tabbies
B

STATE OF TENNESSEE, COCKE COUNTY
I, Kristy L. Nease, Clerk of the Circuit Court of Cocke County, Tennessee, certify that the foregoing is a true copy of the original bill filed in this cause. Witness my hand and official seal of office on this 6 day of February, 20 25
Kristy L. Nease - MC
Circuit Court Clerk

4. It is averred that agents or employees knew or reasonably should have known that the floor cleaning machine was leaking liquid in the area where the fall occurred.

5. It is averred that the Defendant, Walmart Supercenter is vicariously liable for the negligent acts of its agent and/or employee.

6. As a direct and proximate result of the negligence of the Defendant, the Plaintiff, Jamie Card avers that she sustained painful and disabling injuries, which have required her to undergo considerable and still continuing medical treatment, including surgery, with incurred expense. She avers that she has been limited in her usual activities because of the injury she sustained and that she has suffered pain and discomfort. She avers that some of her injuries may be permanent in nature and that she has been deprived of her usual enjoyment of life and activities of everyday living.

**WHEREFORE**, Plaintiff sues the Defendant and demands judgment or relief as follows:

1. For the recovery of a judgment against the Defendants in an amount to exceed One Hundred Fifty Thousand Dollars ($150,000.00) in compensatory damages for the personal injury claim of the injured minor Plaintiff.

2. That this Plaintiff have and recover all of her costs in this cause and be awarded any other relief to which she may properly show herself entitled at trial.

**FOX & FARMER**

[signature]

**Alexander W. Gothard BPR #017745**
P. O. Box 31589
8900 Executive Park Drive
Knoxville, TN 37930-1589
(865) 531-9400

**COST BOND**

We hereby acknowledge ourselves as sureties for the cost of this cause, in accordance with Tennessee Code Annotated §20-12-120.

This 4th day of February, 2025.

**FOX & FARMER**

[signature]

**Alexander W. Gothard**